AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| ISAIAH GREEN, JR., Equal Treatment Now, Inc./Pres., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>B. COLON WILLOUGHBY, Wake County )<br>Court District Attorney and MARGARET )<br>EAGLES, Wake County District Court Judge, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-144-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court DENIES Plaintiff's requests for entry of default [D.E. 13, 17], GRANTS Defendants' Motion to Dismiss [D.E. 11], and DISMISSES any state-law claims asserted by Plaintiff WITHOUT PREJUDICE.  The clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **NOVEMBER 25, 2013** WITH A COPY  TO:

Isaiah Green, Jr., Pro se (via USPS to 2600 Holiday Drive, Raleigh, NC 27610)
Kathryn H. Shields  (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>November 25, 2013</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/ Debby Sawyer              </u><br>(By) Deputy Clerk |

Raleigh, North Carolina